# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GCCFC 2002-C1 DAYTON HOTEL &, CONFERENCE CENTER, LLC, | : | |
| | : | |
| Plaintiff, | | Case No. 3:10cv00105 |
| | : | |
| vs. | | Magistrate Judge Sharon L. Ovington |
| | : | (By full consent of the parties) |
| DAVID A. MEYERS, AS TRUSTEE OF VISICON SHAREHOLDERS TRUST, AN OHIO TRUST U/A/D, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter is presently before the Court upon the Receiver's Application for Approval of Fees for September, 2012 and October, 2012 (Doc. #49), and the record as a whole.  The Receiver requests fees (representing 3.00% of total revenue) for September 2012 in the amount of $14,169.49, and for October 2012 in the amount of $11,498.52.

Having reviewed the Receiver's Application, and noting that no objections have been filed thereto, the Receiver's Application is hereby approved and receivership fees granted for September and October 2012 in the aggregate sum of $25,668.01.

IT IS SO ORDERED.

January 3, 2013

                                               s/Sharon L. Ovington
                                                 Sharon L. Ovington
                                           United States Magistrate Judge